IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:07-CR-19-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LACY JERVAY TATE | ) | |
| | ) | |

This cause comes before the Court following Tate's failure to respond to the Court's order entered April 23, 2018. [DE 59]. The Court's order notified plaintiff that his failure to respond would result in the dismissal of his motions filed in letter form requesting a reduction in his sentence. Accordingly, the motions in letter form requesting a reduction in sentence, [DE 49 & 51], are DISMISSED without prejudice.

SO ORDERED, this __11__ day of June, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE