IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:07-CR-19-BO

UNITED STATES OF AMERICA        )
                                )
v.                              )        **O R D E R**
                                )
LACY JERVAY TATE                )

This cause comes before the Court on a letter filed by Lacy Jervay Tate regarding the Court's dismissal of his previously-filed letters in which he sought a reduction in his sentence. In the instant letter, Tate states that he did not receive the Court's order which directed him to either return the forms for proceeding with a motion under 28 U.S.C. § 2255 or notify the Court of his intent to withdraw his motions in letter form requesting a reduction in sentence. [DE 59]. Tate states that he wants to continue, and would like to respond to the Court's order.

The clerk is DIRECTED to provide to Tate a copy of the Court's order entered April 23, 2018, along with the forms necessary for filing a motion under 28 U.S.C. § 2255. The Court declines to reconsider its prior dismissal of Tate's motions in letter form requesting a reduction in sentence, and again warns Tate of effects of filing a motion under 28 U.S.C. § 2255 and advises him as to the requirements of § 2255. *Castro v. United States*, 540 U.S. 375, 377, 383 (2003). The clerk is DIRECTED to serve Tate at his most recently available address, RRM Raleigh, Old NC 75 Highway, Butner, NC 27509. *See* https://www.bop.gov/inmateloc/ (last visited August 7, 2018).

SO ORDERED, this __13__ day of August, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE